IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EFRAIN CLAS,
#239424

    Plaintiff,

v.                                        4:16cv142–WS/CAS

PRIVATE & PUBLIC PERSONNEL
& AGENCIES CONTRACTED/EMPLOYED
AT THE LEON COUNTY JAIL, et al.,

    Defendants.

_____

ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 10) docketed June 30, 2016. The magistrate judge recommends that the plaintiff's case be dismissed without prejudice for failure to prosecute and to comply with an order of the court. The plaintiff's copy of the report and recommendation was returned to the court marked "return to sender; insufficient address; unable to forward." Doc. 11. The plaintiff has not provided the court with a current address.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 10) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED without prejudice for failure to prosecute and for failure to comply with an order of the court.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this  13th  day of  July , 2016.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE